JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ariel Rios<br><br>        Plaintiff,<br><br>v.<br><br>NC Financial Solutions of California LLC<br><br>        Defendants. | Case No. CV 16-07989-AB (ASx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 25, 2017     _____
                                     ANDRÉ BIROTTE JR.
                                     UNITED STATES DISTRICT JUDGE